NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESCILLA M. ARROZAL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7069

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1597, Chief Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellee's motion for a 21-day extension of time, until June 22, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Prescilla M. Arrozal
     Dawn E. Goodman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 3 2010

**JAN HORBALY**
**CLERK**